UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

GEORGE MICHAEL BLACKLEDGE,

        Debtor.
_____/

Case No. DT 09-15156
Chapter 7
Hon. Scott W. Dales

ORDER REGARDING MOTION TO APPROVE REAFFIRMATION AGREEMENT

        PRESENT:    HONORABLE SCOTT W. DALES
                              United States Bankruptcy Judge

        On February 23, 2010, the Debtor filed a reaffirmation agreement and a Motion for Court Approval of Reaffirmation Agreement with Vanderbilt Mortgage and Finance, Inc., regarding a mobile home (DN 17, "Motion"). A hearing was held on April 22, 2010 in Traverse City, Michigan. The Debtor did not appear nor did he request an adjournment of the hearing.

        NOW, THEREFORE, IT IS HEREBY ORDERED that the Debtor's Motion is DENIED without prejudice for failure to appear.

        IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon George Michael Blackledge, Vanderbilt Mortgage and Finance, Inc., and James W. Boyd, the chapter 7 trustee.

**IT IS SO ORDERED.**         _____
                                                 Scott W. Dales                      **Dated: April 23, 2010**
                                                 United States Bankruptcy Judge